UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-867 (MJD/JGL)

UNITED STATES OF AMERICA,

Plaintiff,

v.

PRETRIAL ORDER

JOHN L. POPHAM,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by two months from the date of this order.

b. All discovery shall be commenced in time to be completed by ten months from the date of this order.

c. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

d. No more than 25 requests for admission shall be served by any party.

e. No more than 25 document requests shall be served by any party.

f. No more than two non-expert depositions shall be taken by any party.

Filed FEB 26 2002
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by ten months from the date of this order. Nondispositive motions may be scheduled for hearing by calling calendar clerk to Magistrate Judge Lebedoff. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By plaintiff on or before eight months from the date of this order.

2) By defendant on or before eight months from the date of this order.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff on or before eight months from the date of this order.

2) By defendant on or before eight months from the date of this order.

3) Any rebuttal expert reports shall be disclosed on or before nine months from the date of this order.

c. Each party may depose no more than one expert witness.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to 12 months from the date of this order.

b. Counsel are reminded that they must anticipate the time required by scheduling this hearing by calling Judge Davis's calendar clerk

c. All dispositive motions shall be scheduled, filed and served in

compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial:

a. This case shall be ready for trial no later than 14 months from the date of this order, at which time it will be placed on the court's trial calendar.

b. Trial is estimated to last one trial day.

DATED: February 26, 2002

JONATHAN LEBEDOFF
U.S. Magistrate Judge