UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-867 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOHN L. POPHAM, Defendant. | ) | **ORDER** |

Based on the stipulation of the parties and for good cause shown, it is hereby

ORDERED that the instant complaint and action is and shall be dismissed with prejudice each party to bear its own costs and attorney fees.

Dated:

~~MICHAEL J. DAVIS~~
United States District Court Judge
Joan E. Lancaster

JUL 3 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-867 MJD/JGL

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN L. POPHAM,<br><br>Defendant. | ) | **STIPULATION** |

Come now the undersigned and hereby stipulate and agree as follows:

I.

Defendant John Popham requested a cancellation of his indebtedness based on his permanent and total disability.

II.

The U.S. Department of Education has granted Defendant John Popham's request.

III.

The above-entitled matter is and shall be dismissed with prejudice and without costs to either party.



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 18 day of June 2002.

THOMAS B. HEFFELFINGER
United States Attorney

BY: LONNIE F. BRYAN
Assistant U.S. Attorney
Attorney ID Number 206635
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Attorneys for the Plaintiff

Dated this 15 day of June 2002.

John Popham, Defendant